UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-20218-FAM

ALICIA IRENE VIERA HIRIART, and all others similarly situated under 29 U.S.C. 216(b),

       Plaintiff,

vs.

LIDIA LATORRE,

       Defendants.

_____

### STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel and files his Statement of Claim and states as follows

With respect to Plaintiff's weekly schedule, on any given work day, Plaintiff would work from 9:00 a.m. until 8:00 p.m (sometimes later), six days per week.

Plaintiff was employed from October 3, 2016 through January 3, 2017 during which time she only missed 1 day of work due to illness, and never took either a vacation or personal day off. Period of time: October 3, 2016 - January 3, 2017

- Number of Weeks in Period: 13 Weeks (rounded down)
- Average Hours: 60 per week
- Rate of Pay: $10.00 per hour
- Overtime Rate: $5.00

- Overtime Claimed: (13 weeks * 20 Overtime hours per week * $5.00 overtime rate) = $1,300.00

- Liquidated Damages Claimed: $1,300.00.

- Total Amount Claimed: ($1,300.00+ $1,300.00) = **$2,600.00  + Attorneys Fees and Costs**

Attorney fees to date:

- J.H. Zidell, Esq. – 2 hours X $390.00 per hour = $780
- Joshua Sheskin Esq. – 1 hours X $350.00 per hour = $350
- Neil Tobak, Esq. – .5 hours X $260.00 per hour = $130

Dated this 1st day of February, 2017.

        Respectfully Submitted,

        J.H. Zidell, P.A.
        *Attorneys for Plaintiff*
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By:  /s/ Neil Tobak
        Neil Tobak, Esq.
        Florida Bar Number: 93940

## CERTIFICATE OF SERVICE

**I certify that the above was served by this Court's electronic filing system on this 1st day of February, 2017.**

        **BY:/s/Neil Tobak**
        **Neil Tobak, ESQ.**